COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Alesia Annette Young v. Severino Family LLC

Appellate case number:    01-19-00410-CV

Trial court case number:    1132750

Trial court:                       County Civil Court at Law No. 1 of Harris County

Appellant, Alesia Annette Young, filed a pro se notice of appeal on May 21, 2019, in the trial court from the May 28, 2019 final judgment in this forcible detainer action. *See* TEX. R. APP. P. 26.1, 27.1(a). On June 4, 2019, the county clerk filed an indigent clerk's record containing appellant's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond ("Statement"), filed on May 3, 2019, with an order by the justice court denying the contest and permitting the appeal to the county court.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was permitted by the justice court and not overruled by the county court, appellant is not required to pay appellate costs. *See id.*

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. Thus, the Court **ORDERS** the court reporter to file the reporter's record, if any, **within 30 days** of this Order, at no cost to appellant.

Finally, because appellant is proceeding pro se, the Court **ORDERS** the county clerk to mail the clerk's record and reporter's record to the appellant, at no cost to appellant, **within 35 days** of the date of this order, and shall certify the delivery date **within 45 days** of the date of this order.

It is so ORDERED.

Judge's signature:    _/s/_ Evely V. Keyes_____

☒ Acting individually    ☐ Acting for the Court

Date: ___June 11, 2019__